UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br>     James Joseph Conaway <br><br><br>     Debtor | Chapter 13 <br> Bankruptcy No.20-12378-AMC |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 2nd day of September, 2020, by first class mail upon those listed below:

James Joseph Conaway
2209 Fitzwater Street
Philadelphia, PA  19146

**Electronically via CM/ECF System Only:**

DAVID M OFFEN ESQ
THE CURTIS CENTER STE 160W
601 WALNUT STREET
PHILADELPHIA, PA  19106

                                                    */s/ Deborah A. Earnshaw*
                                                    Deborah A. Earnshaw
                                                    for
                                                    Scott F. Waterman, Esquire
                                                    Standing Chapter 13 Trustee