United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 20-12378-amc

James Joseph Conaway     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Jan 20, 2021     Form ID: 155     Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Joseph Conaway, 2209 Fitzwater Street, Philadelphia, PA 19146-1132 |
| 14504843 | + | Acima Credit Fka Simpl, 9815 S Monroe St Fl 4, Sandy, UT 84070-4384 |
| 14504844 | + | Ale Home Solutions, One West Illinois Street - Suite 300, Saint Charles, IL 60174-2851 |
| 14504845 | + | Ale Solution, 1 West Illinois Street, Saint Charles, IL 60174-2847 |
| 14504850 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, Po Box 5010, Woodland Hills, CA 91365 |
| 14504857 | + | Gilbert Rainer, 2209 Fitzwater Street, Philadelphia, PA 19146-1132 |
| 14504858 | + | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14504860 | | Jefferson University Hospitals, Methodist Hospital, POB 8500-3100, Philadelphia, PA 19178-3100 |
| 14504861 | | Jefferson University Hosptial, 11th and Chestnut Streets, Philadelphia, PA 19107 |
| 14504862 | + | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14504863 | | Law Dept. Mark Schneider Esq., PO Box 5042, Woodbridge, NJ 07095-5042 |
| 14504864 | + | Marino General Construction, 707 Radix Rd, Williamstown, NJ 08094-3763 |
| 14504868 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14504869 | + | Philadelphia Traffic Court, P.O. Box 12866, Philadelphia, PA 19176-0866 |
| 14513786 | + | Quicken Loans, LLC, c/o KML Law Group, 701 Market Street; Suite 5000, Philadelphia, PA 19106-1541 |
| 14520164 | + | Quicken Loans, LLC fka Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14504873 | | Wells Fargo Card Ser, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 14504874 | + | Xerox Soluti, Pob 41818, Philadelphia, PA 19101-1818 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14504846 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 21 2021 03:27:32 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14504847 | + | Email/Text: ebn@americanwebloan.com | Jan 21 2021 04:54:00 | American Web Loan, 522 N. 14th Street, Box 130, Ponca City, OK 74601-4654 |
| 14506337 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 21 2021 03:21:33 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14504851 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 21 2021 03:21:27 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14539739 | | Email/Text: megan.harper@phila.gov | Jan 21 2021 04:54:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14533090 | | Email/Text: megan.harper@phila.gov | Jan 21 2021 04:54:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14504848 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 21 2021 03:21:32 | Cach, Llc, 4340 S Monaco St Unit 2, Denver, CO 80237-3485 |
| 14507737 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |

Case 20-12378-amc    Doc 25    Filed 01/22/21    Entered 01/23/21 00:59:57    Desc Imaged
                              Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 20, 2021 | Form ID: 155 | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 21 2021 03:33:18 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14504852 | + | Email/Text: bk.notifications@jpmchase.com | Jan 21 2021 04:53:00 | Chase, Po Box 901003, Ft Worth, TX 76101-2003 |
| 14504853 | + | Email/Text: bankruptcy@philapark.org | Jan 21 2021 04:54:00 | City of Philadelphia, Parking Violations Branch, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 14504854 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 21 2021 04:54:00 | Credit Coll, Po Box 9133, Needham, MA 02494-9133 |
| 14504855 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 21 2021 03:27:20 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14504856 | + | Email/Text: bankruptcynotices@dcicollect.com | Jan 21 2021 04:54:00 | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 14504859 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 21 2021 04:53:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14511407 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 21 2021 03:21:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14504865 | + | Email/Text: rcpsbankruptcynotices@parallon.com | Jan 21 2021 04:54:00 | Medicredit, Inc., Po Box 1629, Maryland Heights, MO 63043-0629 |
| 14504866 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 21 2021 04:53:00 | Pa. Dept. of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14504867 | + | Email/Text: bankruptcygroup@peco-energy.com | Jan 21 2021 04:53:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14504870 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 21 2021 04:54:00 | Quicken Loans, Inc., 1050 Woodward Ave, Detroit, MI 48226-1906 |
| 14504871 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 21 2021 04:53:00 | Verizon Fios, PO BOX 4846, Trenton, NJ 08650-4846 |
| 14504872 | | Email/Text: megan.harper@phila.gov | Jan 21 2021 04:54:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14504849 | *+ | Cach, Llc, 4340 S Monaco St Unit 2, Denver, CO 80237-3485 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Jan 22, 2021 | Signature: | /s/Joseph Speetjens |
|---|---|---|

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 20, 2021 | Form ID: 155 | Total Noticed: 39 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2021 at the address(es) listed below:**

**Name**      **Email Address**

DAVID M. OFFEN
     on behalf of Debtor James Joseph Conaway dmo160west@gmail.com
     davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

REBECCA ANN SOLARZ
     on behalf of Creditor Quicken Loans LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
     ECFMail@ReadingCh13.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: James Joseph Conaway
      Debtor(s)                                             Chapter: 13

                                                               Bankruptcy No: 20−12378−amc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this January 20, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                                 Ashely M. Chan
                                                                                 Judge ,
                                                                                 United States Bankruptcy Court