IN THE UNITED ESTATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   James Joseph Conaway    )   Chapter 13
         Debtor                  )
                                 )   20-12378-AMC
                                 )
                                 )

## ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Counsel fee in the amount of $4,250.00 is allowed and the balance in the amount of $3,824.00 may be paid by the Chapter 13 Trustee to the extent there are funds available and consistent with the terms of the confirmed plan.

Date: February 8, 2021

_____                _____
DATED:                                HONORABLE ASHELY M. CHAN
                                      UNITED STATES BANKRUPTCY JUDGE