| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-12378-AMC**

James Joseph Conaway
2209 Fitzwater Street
Philadelphia  PA    19146

Petition Filed Date: 05/21/2020
341 Hearing Date: 06/26/2020
Confirmation Date: 01/20/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/08/2020 | $1,000.00 | 12684 | 07/10/2020 | $700.00 | 12677 | 08/10/2020 | $1,690.00 | |
| 09/09/2020 | $1,690.00 | | 10/08/2020 | $1,690.00 | | 11/09/2020 | $1,690.00 | |
| 12/08/2020 | $1,690.00 | | 01/11/2021 | $1,690.00 | | 02/09/2021 | $1,690.00 | |
| 03/08/2021 | $1,690.00 | | 04/08/2021 | $1,690.00 | | 05/10/2021 | $1,690.00 | |
| 06/08/2021 | $1,690.00 | | | | | | | |

**Total Receipts for the Period: $20,290.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $20,290.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CACH, LLC<br>»» 001 | Unsecured Creditors | $1,338.82 | $0.00 | $1,338.82 |
| 2 | CACH, LLC<br>»» 002 | Unsecured Creditors | $342.25 | $0.00 | $342.25 |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $5,852.39 | $0.00 | $5,852.39 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 04P | Priority Crediors | $28,625.89 | $13,270.90 | $15,354.99 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 04U | Unsecured Creditors | $18,375.27 | $0.00 | $18,375.27 |
| 6 | ALE SOLUTION<br>»» 005 | Unsecured Creditors | $3,274.80 | $0.00 | $3,274.80 |
| 7 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $849.67 | $0.00 | $849.67 |
| 8 | QUICKEN LOANS INC<br>»» 007 | Mortgage Arrears | $5,874.26 | $0.00 | $5,874.26 |
| 9 | CITY OF PHILADELPHIA (LD)<br>»» 008 | Secured Creditors | $954.89 | $0.00 | $954.89 |
| 10 | CITY OF PHILADELPHIA (LD)<br>»» 009 | Unsecured Creditors | $1,182.86 | $0.00 | $1,182.86 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $3,824.00 | $3,824.00 | $0.00 |
| 11 | PHILA MUNICIPAL COURT / TRAFFIC DIVISION<br>»» 010 | Unsecured Creditors | $201.07 | $0.00 | $201.07 |

**Chapter 13 Case No. 20-12378-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,290.00 | Current Monthly Payment: | $1,690.00 |
| Paid to Claims: | $17,094.90 | Arrearages: | ($862.90) |
| Paid to Trustee: | $1,674.10 | Total Plan Base: | $83,647.10 |
| Funds on Hand: | $1,521.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.