| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 20-12378-AMC

James Joseph Conaway
2209 Fitzwater Street
Philadelphia  PA    19146

Petition Filed Date: 05/21/2020
341 Hearing Date: 06/26/2020
Confirmation Date: 01/20/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/08/2021 | $1,690.00 | | 05/10/2021 | $1,690.00 | | 06/08/2021 | $1,690.00 | |
| 07/09/2021 | $1,690.00 | | 08/09/2021 | $1,690.00 | | 09/10/2021 | $1,690.00 | |
| 10/08/2021 | $1,690.00 | | 11/08/2021 | $1,690.00 | | 12/09/2021 | $1,690.00 | |
| 01/10/2022 | $1,690.00 | | 02/08/2022 | $1,690.00 | | 03/08/2022 | $1,690.00 | |
| 04/08/2022 | $1,690.00 | | 05/09/2022 | $1,690.00 | | 06/08/2022 | $1,690.00 | |
| 07/12/2022 | $1,690.00 | | | | | | | |

**Total Receipts for the Period: $27,040.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $42,260.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CACH, LLC<br>»» 001 | Unsecured Creditors | $1,338.82 | $0.00 | $1,338.82 |
| 2 | CACH, LLC<br>»» 002 | Unsecured Creditors | $342.25 | $0.00 | $342.25 |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $5,852.39 | $0.00 | $5,852.39 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 04P | Priority Creditors | $28,625.89 | $28,625.89 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 04U | Unsecured Creditors | $18,375.27 | $0.00 | $18,375.27 |
| 6 | ALE SOLUTION<br>»» 005 | Unsecured Creditors | $3,274.80 | $0.00 | $3,274.80 |
| 7 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $849.67 | $0.00 | $849.67 |
| 8 | QUICKEN LOANS INC<br>»» 007 | Mortgage Arrears | $5,874.26 | $5,399.32 | $474.94 |
| 9 | CITY OF PHILADELPHIA (LD)<br>»» 008 | Secured Creditors | $954.89 | $877.69 | $77.20 |
| 10 | CITY OF PHILADELPHIA (LD)<br>»» 009 | Unsecured Creditors | $1,182.86 | $0.00 | $1,182.86 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $3,824.00 | $3,824.00 | $0.00 |
| 11 | PHILA MUNICIPAL COURT / TRAFFIC DIVISION<br>»» 010 | Unsecured Creditors | $201.07 | $0.00 | $201.07 |

Chapter 13 Case No. 20-12378-AMC

# SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $42,260.00 | Current Monthly Payment: | $1,690.00 |
| Paid to Claims: | $38,726.90 | Arrearages: | $827.10 |
| Paid to Trustee: | $3,533.10 | Total Plan Base: | $83,647.10 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.