Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 20-12378-AMC**

James Joseph Conaway  
2209 Fitzwater Street  
Philadelphia  PA    19146

Petition Filed Date: 05/21/2020  
341 Hearing Date: 06/26/2020  
Confirmation Date: 01/20/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $1,690.00 | | 09/09/2022 | $1,690.00 | | 10/11/2022 | $1,690.00 | |
| 11/08/2022 | $1,690.00 | | 12/08/2022 | $1,690.00 | | 01/11/2023 | $1,690.00 | |
| 02/08/2023 | $1,690.00 | | 03/08/2023 | $1,690.00 | | 04/10/2023 | $1,690.00 | |
| 05/08/2023 | $1,690.00 | | 06/08/2023 | $1,690.00 | | 07/11/2023 | $1,690.00 | |

**Total Receipts for the Period: $20,280.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $64,230.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CACH, LLC <br> »» 001 | Unsecured Creditors | $1,338.82 | $768.69 | $570.13 |
| 2 | CACH, LLC <br> »» 002 | Unsecured Creditors | $342.25 | $196.50 | $145.75 |
| 3 | CAPITAL ONE BANK (USA) NA <br> »» 003 | Unsecured Creditors | $5,852.39 | $3,360.11 | $2,492.28 |
| 4 | UNITED STATES TREASURY (IRS) <br> »» 04P | Priority Crediors | $28,625.89 | $28,625.89 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS) <br> »» 04U | Unsecured Creditors | $18,375.27 | $10,550.01 | $7,825.26 |
| 6 | ALE SOLUTION <br> »» 005 | Unsecured Creditors | $3,274.80 | $1,880.21 | $1,394.59 |
| 7 | LVNV FUNDING LLC <br> »» 006 | Unsecured Creditors | $849.67 | $487.83 | $361.84 |
| 8 | QUICKEN LOANS INC <br> »» 007 | Mortgage Arrears | $5,874.26 | $5,874.26 | $0.00 |
| 9 | CITY OF PHILADELPHIA (LD) <br> »» 008 | Secured Creditors | $954.89 | $954.89 | $0.00 |
| 10 | CITY OF PHILADELPHIA (LD) <br> »» 009 | Unsecured Creditors | $1,182.86 | $679.13 | $503.73 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $3,824.00 | $3,824.00 | $0.00 |
| 11 | PHILA MUNICIPAL COURT / TRAFFIC DIVISION <br> »» 010 | Unsecured Creditors | $201.07 | $115.43 | $85.64 |

Chapter 13 Case No. 20-12378-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $64,230.00 | Current Monthly Payment: | $1,690.00 |
| Paid to Claims: | $57,316.95 | Arrearages: | ($862.90) |
| Paid to Trustee: | $5,375.14 | Total Plan Base: | $83,647.10 |
| Funds on Hand: | $1,537.91 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.