IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                : Chapter 13

James Joseph Conaway                  : Case No. 20-12378-AMC

    Debtor(s)

ANSWER TO MOTION OF RELIEF FROM THE AUTOMATIC STAY OF
Rocket Mortgage, LLC f/k/a Quicken Loans, LLC
f/k/a Quicken Loans Inc.
<u>AND CERTIFICATE OF SERVICE</u>

    Counsel has been informed that the Debtor is recently deceased and is requesting that the current payoff to be supplied as Debtor had wanted to sell the property.

    WHEREFORE, Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief from Automatic Stay.

<u>/s/ David M. Offen</u><br>
David M. Offen Esquire<br>
Attorney for Debtor

Dated:  October 26, 2023

    A copy of this Answer is being served on MARK A. CRONIN, Esquire and the Chapter 13 Trustee.