David Finger
2214 Fitzwater Street
Philadelphia, PA  19146

*Case 20-12378 AMC*

November 6, 2023

United States Bankruptcy Court
Robert N. C. Nix Building
900 Market Street  Suite 400
Philadelphia, PA  19107-4299

Re:  Rocket Mortgage vs. Gilbert Rainier.  2209 Fitzwater Street.
     Hearing:  November 15, 2023

Dear Sirs:

With this letter, I am asking the court not to grant the relief sought in the motion.

I am a neighbor of Gilbert Rainier at 2209 Fitzwater Street.  My daughter--Adrienne Halterman--has an agreement of sale to purchase 2209 Fitzwater Street.

James Conaway died on September 1, 2023.  He was responsible for paying bills for the household,  Finances and mail reading became confused after his passing.  I am helping Gilbert get his bills current.  With the sale of the house, Quicken/ Rocket Mortgage will be paid off at settlement.

In the meantime, I will make payments to Rocket Mortgage to get the payments up to date.

Sincerely,

*[signature]*

David Finger

FILED
NOV - 7 2023
TIMOTHY McGRATH, CLERK
DEP. CLERK