United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
James Joseph Conaway  
    Debtor

Case No. 20-12378-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Feb 15, 2024      Form ID: pdf900      Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Joseph Conaway, 2209 Fitzwater Street, Philadelphia, PA 19146-1132 |
| intp | + | David Finger, 2214 Fitzwater Street, Philadelphia, PA 19146-1708 |
| 14504845 | + | Ale Solution, 1 West Illinois Street, Saint Charles, IL 60174-2847 |
| 14504857 | + | Gilbert Rainer, 2209 Fitzwater Street, Philadelphia, PA 19146-1132 |
| 14504860 |   | Jefferson University Hospitals, Methodist Hospital, POB 8500-3100, Philadelphia, PA 19178-3100 |
| 14504861 |   | Jefferson University Hosptial, 11th and Chestnut Streets, Philadelphia, PA 19107 |
| 14504863 |   | Law Dept. Mark Schneider Esq., PO Box 5042, Woodbridge, NJ 07095-5042 |
| 14504864 | + | Marino General Construction, 707 Radix Rd, Williamstown, NJ 08094-3763 |
| 14593562 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia PA 19123-2616 |
| 14504869 | + | Philadelphia Traffic Court, P.O. Box 12866, Philadelphia, PA 19176-0866 |
| 14620257 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14504874 | + | Xerox Soluti, Pob 41818, Philadelphia, PA 19101-1818 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg |   | Email/Text: megan.harper@phila.gov | Feb 16 2024 00:21:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg |   | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 16 2024 00:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14504843 | + | Email/Text: bankruptcy@acimacredit.com | Feb 16 2024 00:21:00 | Acima Credit Fka Simpl, 9815 S Monroe St Fl 4, Sandy, UT 84070-4384 |
| 14504846 |   | Email/PDF: ebn_ais@aisinfo.com | Feb 16 2024 00:33:14 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14504847 | + | Email/Text: ebn@americanwebloan.com | Feb 16 2024 00:21:00 | American Web Loan, 522 N. 14th Street, Box 130, Ponca City, OK 74601-4654 |
| 14506337 |   | Email/PDF: resurgentbknotifications@resurgent.com | Feb 16 2024 00:33:14 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14504850 |   | Email/Text: caineweiner@ebn.phinsolutions.com | Feb 16 2024 00:20:00 | Caine & Weiner, Po Box 5010, Woodland Hills, CA 91365 |
| 14504851 |   | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 16 2024 00:59:30 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14539739 |   | Email/Text: megan.harper@phila.gov | Feb 16 2024 00:21:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |

Case 20-12378-amc    Doc 49    Filed 02/17/24    Entered 02/18/24 00:27:02    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 15, 2024 | Form ID: pdf900 | Total Noticed: 43 |

| | | | | |
|---|---|---|---|---|
| 14533090 | | Email/Text: megan.harper@phila.gov | Feb 16 2024 00:21:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14504848 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 16 2024 00:59:27 | Cach, Llc, 4340 S Monaco St Unit 2, Denver, CO 80237-3485 |
| 14507737 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 16 2024 00:33:31 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14504853 | + | Email/Text: bankruptcy@philapark.org | Feb 16 2024 00:21:00 | City of Philadelphia, Parking Violations Branch, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 14504854 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 16 2024 00:21:00 | Credit Coll, Po Box 9133, Needham, MA 02494-9133 |
| 14504855 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 16 2024 00:33:40 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14504856 | + | Email/Text: bankruptcynotices@dcicollect.com | Feb 16 2024 00:21:00 | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 14504858 | + | Email/Text: Bankruptcy@ICSystem.com | Feb 16 2024 00:20:00 | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14504859 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 16 2024 00:20:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14504852 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 16 2024 00:33:14 | Chase, Po Box 901003, Ft Worth, TX 76101 |
| 14504862 | ^ | MEBN | Feb 16 2024 00:10:02 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14511407 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 16 2024 00:48:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14504865 | + | Email/Text: rcpsbankruptcynotices@parallon.com | Feb 16 2024 00:21:00 | Medicredit, Inc., Po Box 1629, Maryland Heights, MO 63043-0629 |
| 14504868 | ^ | MEBN | Feb 16 2024 00:10:08 | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14504866 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 16 2024 00:20:00 | Pa. Dept. of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14504867 | + | Email/Text: bankruptcygroup@peco-energy.com | Feb 16 2024 00:20:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14504870 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 16 2024 00:21:00 | Quicken Loans, Inc., 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14513786 | ^ | MEBN | Feb 16 2024 00:10:01 | Quicken Loans, LLC, c/o KML Law Group, 701 Market Street; Suite 5000, Philadelphia, PA 19106-1541 |
| 14520164 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 16 2024 00:21:00 | Quicken Loans, LLC fka Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14504871 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 16 2024 00:20:00 | Verizon Fios, PO BOX 4846, Trenton, NJ 08650-4846 |
| 14504872 | | Email/Text: megan.harper@phila.gov | Feb 16 2024 00:21:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |
| 14504873 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 16 2024 00:59:27 | Wells Fargo Card Ser, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14504849 | *+ | Cach, Llc, 4340 S Monaco St Unit 2, Denver, CO 80237-3485 |
| 14504844 | ##+ | Ale Home Solutions, One West Illinois Street - Suite 300, Saint Charles, IL 60174-2851 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor James Joseph Conaway dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Quicken Loans LLC bkgroup@kmllawgroup.com |
| MARK A. CRONIN | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| MARK A. CRONIN | on behalf of Creditor Quicken Loans LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    James Joseph Conaway<br><br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 20-12378-AMC |

### ORDER DISMISSING CHAPTER 13 CASE

    AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

    IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

    IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: February 15, 2024**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE